UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANY LUCIA LOPEZ BELLOZA,
     Petitioner,

     v.

PATRICIA HYDE, et al.,
     Respondents.

No. 1:25-cv-13499-RGS

## MOTION TO FILE AMICUS CURIAE BRIEF

The American Civil Liberties Union of Massachusetts, Inc., the Protect Democracy Project, and the Yale Law School Peter Gruber Rule of Law Clinic move for leave to file an amicus curiae brief in this matter. The petitioner assents to this motion; the government has not provided counsel with its position.

"The role of an amicus curiae . . . is to assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (citation modified), *aff'd*, 807 F.3d 472 (1st Cir. 2015); *see also Massachusetts Food Ass'n*, 197 F.3d at 567 ("[A] court is usually delighted to hear additional arguments from able amici that will help the court toward right answers . . . ."). Participation of amicus curiae is appropriate at the district court level even where "the case is already well represented" if "the amicus has a special

interest that justifies [its] having a say." *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970).

Amicus participation is warranted here. The amici are all organizations concerned with the rule of law and the availability of meaningful judicial relief. Their proposed amicus curiae brief addresses the government's noncompliance with a judicial order, a subject about which the amici have expertise and substantial interest.

The petitioner consents to the filing of the proposed amicus brief. Counsel for the government was first contacted at around 5pm on the day before the filing of this motion and has not responded with a position, despite efforts to contact two different attorneys. A paralegal working in the U.S. Attorney's Office responded to counsel's inquiry and stated that he would not be able to provide the government's position.

The proposed amici curiae respectfully request that the Court allow the filing of the attached amicus brief.

Respectfully submitted,                         Dated: December 19, 2025

*/s/ Adriana Lafaille*
Jessie J. Rossman (BBO #670685)          *Counsel for amicus curiae the*
Adriana Lafaille (BBO # 680210)          *American Civil Liberties Union*
Julian Bava (BBO #712829)                *of Massachusetts, Inc.*
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
jbava@aclum.org

- 2 -

/s/ JoAnna Suriani

JoAnna Suriani (pro hac vice forthcoming)          *Counsel for amicus curiae*
Protect Democracy Project                          *Protect Democracy Project*
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
Telephone: (202) 579-4582
Facsimile: (202) 769-3176
joanna.suriani@protectdemocracy.org


/s/ Sonia Mittal

Harold Hongju Koh (pro hac vice forthcoming)       *Counsel for amicus curiae the*
Sonia Mittal (pro hac vice forthcoming)            *Yale Law School Peter Gruber*
Peter Gruber Rule of Law Clinic                    *Rule of Law Clinic*
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, CT 06520-8215
(203) 432-4932
harold.koh@ylsclinics.org
sonia.mittal@ylsclinics.org


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that I have attempted to confer with counsel for all parties in this matter with regard to this motion. The petitioner assents. Counsel for the government was first contacted at around 5pm on the day before the filing of this motion and has not responded 28 hours later, despite efforts to contact two different attorneys. A paralegal working in the U.S. Attorney's Office responded to counsel's inquiry and stated that he would not be able to provide the government's position.

Dated: December 19, 2025                          */s/ Adriana Lafaille*
                                                  Adriana Lafaille