**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANY LOPEZ BELLOZA,<br>Petitioner,<br>v.<br>PATRICIA HYDE, Field Office Director et al..<br>Respondents | Civil Action No. 1:25-cv-13499-RGS |

**SUPPEMENTAL DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR KEITH CHAN**

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith Chan, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO"). I have held this position since May 2022, and I have been employed by ICE since August 2008. I am currently on a temporary detail to ERO Headquarters in the Field Operations Division.

2. As AFOD, my official duties include overseeing the management, monitoring, scheduling, and execution of removal orders for noncitizens in ICE custody whose cases involve federal litigation. This entails ensuring compliance with court orders, legal mandates, and applicable policies while coordinating with agency counsel and the

Department of Justice to address litigation-related requirements. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, not limited to, but including the Enforce Alien Removal Module ("EARM"). EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

3. I am submitting this declaration to update the Court regarding the Government's efforts to facilitate Petitioner's return to the United States today February 27, 2026.

4. Petitioner did not appear for the pre-arranged meeting to be assisted through the departure process for her return flight to the United States. The last confirmed communication with her was on February 26, 2026, in the afternoon, during which she agreed to report to the Ramón Villeda Morales International Airport at 11:00 (local time). Since that time, there has been no direct contact.

5. Multiple attempts to reach her via WhatsApp were made on February 27, 2026 at 8:27, 9:32, 10:10, and 10:27 hours (local time) via three text messages and one phone call. The WhatsApp messages show two blue check marks, indicating they were delivered and read, but no responses have been received.

6. The flight that Petitioner was scheduled to depart on experienced mechanical issues, and the flight was ultimately canceled.

7. A contingency flight remained on standby in Honduras to transport Petitioner back to the United States.

8. However, due to the lack of contact and her failure to arrive at the airport, she did not board that contingency flight.

9. Open source/local media reporting indicates that her attorney advised her not to return to the United States: "López Belloza's attorney, Todd Pomerleau, told the Statesman the federal government was 'playing games' and that his client would not board a plane to return to the U.S. if the government would immediately detain her." (Reference: "Feds say they will deport Babson College student again, even after court-ordered return" – masslive.com.)

10. At this time, the Government has taken all reasonable and practicable steps to comply with the court's order to return Petitioner to the United States. Our efforts are currently impeded by her failure to appear and her lack of cooperation with the return process.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed on the 27th of February 2025.

Digitally signed by KEITH M CHAN
Reason: I have reviewed this document
Date: 2026.02.27 14:39:06 -05'00'

Keith Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts