**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

ANY LUCIA LOPEZ BELLOZA,

                Petitioner,

                v.

PATRICIA HYDE, Field Office Director,
MICHAEL KROL, HSI New England Special
Agent in Charge, TODD LYONS, Acting
Director U.S. Immigration and Customs
Enforcement, KRISTI NOEM, U.S. Secretary
of Homeland Security, PAMELA BONDI,
U.S. Attorney General, DONALD J. TRUMP,
President of the United States,

                Respondents.

Case No. 1:25-cv-13499-RGS

---

## DECLARATION OF PETITIONER ANY LUCIA LOPEZ BELLOZA

I, Any Lucia Lopez Belloza, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am providing this declaration to provide additional facts concerning my transportation from Massachusetts to Texas on November 21, 2025 and events that occurred last week.

My Arrival in Texas on November 21, 2025

2. There were many other people on the same flight to Texas. I recall that there were as many as approximately 100 other people on the plane.

3. After the plane landed, we waited on the plane for a long time. I recall that we waited on the plane for approximately one hour. Passengers were removed from the plane one at a time, as their names were called. I was seated towards the rear of the plane and was one of the last people to leave the plane.

4. After I got off the plane, I was frisked and then waited to board a bus. There were several busses taking people from the plane. I was on one of the last busses that left.

5. I recall that by the time I was on the bus, it was dark outside.

6. The bus drove me from the airfield to a destination that I have since learned is the Port Isabel detention facility. Although I do not recall the exact amount of time, I recall that the bus ride lasted approximately 30–60 minutes.

7. We were taken off the bus, frisked again, and waited in the parking lot.

8. By the time I actually arrived at the Port Isabel detention facility, it had been dark for a long time.

9. By the time I was given dinner, someone told me it was midnight.

Thursday, February 26, 2026 and Friday, February 27, 2026

10. On Thursday, February 26, 2026, around 12:23 p.m. Honduras time, I received a call via WhatsApp from a phone number beginning with a 202 area code. The caller identified himself as Raul Castro, who I understood to be an ICE agent. Mr. Castro informed me that he was going to help me get to a flight that would take me back to the United States. He also informed me that the flight would not be on a public airline, but would be the same kind of flight that deportees are transported on.

11. I also exchanged a series of text messages with Mr. Castro via WhatsApp on Thursday, February 26, 2026 and Friday, February 27, 2026.  Attached as Exhibit A are true and correct copies of these text messages, redacted for certain personal information. The time stamps on each message reflect the local time when I sent and received them (GMT-6).

12. I relayed this information to my attorney, Todd Pomerleau, and learned that a filing had been made by the government that they intended to remove me after returning to the United States.  He informed me that he would try to contact Mr. Castro to get clarification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Any Lucia Lopez Belloza*
Any Lucia Lopez Belloza

Executed March 5, 2026

# EXHIBIT A

**12:21** ☾

← ⊖ **+1 (202) 870-0287**          📹 📞

📞 **Voice call**
6 min          12:23 PM

Any, regáleme una foto de su pasaporte por favor
12:32 PM

Para llenar los formularios
12:32 PM

📞 **Missed voice call**
Tap to call back
12:47 PM



➕          🏷️ 📷 🎤

12:21

**+1 (202) 870-0287**

> Otra pregunta de ahí de Texas sabes a donde exactamente voy a llegar si a Houston o otra cuida de Texas. Y ya de ahí cuál va a saber mi destina final. Necesito saber esto para yo comunicar a mi abogado.
>
> 1:09 PM ✓✓

El vuelo es hacia Harlingen, Texas. Ya luego de eso inicia el trámite y no sabría decirle para dónde la moverán

1:49 PM

> Pero usted sabe si me van a dejar libre de ahí
>
> 4:53 PM ✓✓

Lo más seguro que si, Any. Como le dije ya una vez ud



Texas sabes a dónde exactamente voy a llegar si a Houston o otra cuida de Texas. Y ya de ahí cuál va a saber mi destina final. Necesito saber esto para yo comunicar a mi abogado.  1:09 PM ✓✓

El vuelo es hacia Harlingen, Texas. Ya luego de eso inicia el trámite y no sabría decirle para dónde la moverán  1:49 PM

Pero usted sabe si me van a dejar libre de ahí  4:53 PM ✓✓

Lo más seguro que si, Any. Como le dije ya una vez ud llegue, empiezan a llevar su caso  5:01 PM



12:21

+1 (202) 870-0287

Me confirma por favor su asistencia el día de hoy

Today

8:27 AM

 Missed voice call
Tap to call back

9:32 AM

Hola Any

10:10 AM

Hola Any, ocupo me confirme si se va a presentar

Edited 10:27 AM

3 unread messages

Any, estoy en el aeropuerto esperándola

11:00 AM

Any, está por el aeropuerto?

11:27 AM

Estoy frente al counter de United, camisa manga larga café y pantalón negro