**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANY LUCIA LOPEZ BELLOZA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, PAMELA BONDI, U.S. Attorney General, DONALD J. TRUMP, President of the United States,<br><br>Respondents. | Case No. 1:25-cv-13499-RGS |

**AFFIDAVIT OF TODD C. POMERLEAU, ESQ.**

I, Todd C. Pomerleau, Esq., declare the following under penalty of perjury:

1. I, Todd C. Pomerleau, am an attorney at Rubin Pomerleau, P.C. I am an attorney for petitioner Any Lucia Lopez Belloza.

2. On February 26, 2026, I attempted to contact Mr. Raul Castro at 5:58PM EST by calling +1 (202) 870-0287, but Mr. Castro did not answer the phone after it rang for two minutes. He did not call me back.

3. Attached at Exhibit A is a screenshot from my phone showing my attempted call at 5:58PM EST.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March, 2026 in Boston, Massachusetts.

*/s/ Todd C. Pomerleau*
Todd C. Pomerleau, Esq.

# EXHIBIT A


Contact info
+1 (202) 870-0287
Message
Audio
Video
Feb 26, 2026
5:58 PM Unanswered voice call
Create new contact
Media, links and docs
Starred None
Encryption
Messages and calls are end-to-end encrypted. Tap to verify.
No groups in common
Create group with +1 (202) 870...