**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANY LUCIA LOPEZ BELLOZA,

Petitioner,

v.

PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, PAMELA BONDI, U.S. Attorney General, DONALD J. TRUMP, President of the United States,

Respondents.

Case No. 1:25-cv-13499-RGS

**AFFIDAVIT OF NICOLE DILL, ESQ.**

I, Nicole Dill, Esq., declare the following under penalty of perjury:

1. I, Nicole Dill, am an attorney at Rubin Pomerleau, P.C. I am an attorney for petitioner Any Lucia Lopez Belloza.

2. On November 21, 2025, at 8:25:16PM EST, I received a notification from the ICE ERO eFile System that Any's "Detention Location" was "Port Isabel SPC". Attached at Exhibit A is a true and correct copy of this notification.

3. On November 21, 2025, at 9:02:55PM EST, I received a second notification from the ICE ERO eFile System that Any's "Detention Location" was "Port Isabel SPC". Attached at Exhibit B is a true and correct copy of this notification.

4. Attached at Exhibit C is a screenshot, redacted for other client information, showing these two notifications appearing on the ICE ERO eFile online portal.

5. These notifications I received at 8:25PM and 9:02PM respectively were the first notifications I received from the ICE ERO eFile System after my G-28 was submitted at 9:37 AM.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of March, 2026 in Boston, Massachusetts.

*/s/ Nicole Dill*
Nicole Dill, Esq.

# EXHIBIT A

ERO eFile Notifications

## ERO eFile Notifications

| | |
|---|---|
| Date of Notification | AOR |
| 2025-11-21 20:25:16 | HLG |
| Client First Name | Notification Type |
| ANY | Detainee Transfer |
| Client Last Name | Detention Location |
| LOPEZ-BELLOZA | PORT ISABEL SPC |
| G-28 Number | Representative Email |
| G280068970 | ndill@rubinpom.com |
| | Representative Name |
| | Nicole Dill |

# EXHIBIT B

ERO eFile Notifications

## ERO eFile Notifications

Date of Notification

2025-11-21 21:02:55

AOR

HLG

Client First Name

ANY

Notification Type

Detainee Transfer

Client Last Name

LOPEZ-BELLOZA

Detention Location

PORT ISABEL SPC

G-28 Number

G280068970

Representative Email

ndill@rubinpom.com

Representative Name

Nicole Dill

# EXHIBIT C

U.S. Immigration and Customs Enforcement

Notifications | My Legal Visits | Participating Detention Facilities | G-28 Instructions | Home | ND Nicole Dill

# Notifications

Search Detainee Transfer Notifications

## Detainee Transfer Notifications

| Client Last Name | Client First Name | Notification Type | Date of Notification | AOR | Detention Location | Facility Address | G-28 Number | Client A# |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| LOPEZ-BELLOZA | ANY | Detainee Transfer | 2025-11-21 21:02:55 | HLG | PORT ISABEL SPC | 27991 BUENA VISTA BOULEVARD LOS FRESNOS... | G280068970 | |
| LOPEZ-BELLOZA | ANY | Detainee Transfer | 2025-11-21 20:25:16 | HLG | PORT ISABEL SPC | 27991 BUENA VISTA BOULEVARD LOS FRESNOS... | G280068970 | |
| [redacted] | | | | | | | | |

< 1 2 3 4 5 > Rows 11 - 20 of 42

## Segregation Notifications