UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Any Lucia Lopez Belloza**
 Petitioner

 V.

**Hyde et al**
 Respondent

CIVIL ACTION

NO. **1:25-cv-13499-RGS**

## ORDER OF DISMISSAL

Stearns, D. J.

 In accordance with the Court's Order entered March 6, 2026 [Doc. No. 59] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

 By the Court,

3/6/2026
Date

/s/ Jacqueline Martin
Deputy Clerk